**Opinion issued November 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00914-CV

————————————

## IN RE LAURA MAYER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Laura Mayer has filed a petition for writ of mandamus seeking to vacate orders from the probate court.[1]

---

[1] The underlying case is *In the Estate of Sylvia Gates Mayer, Deceased*, cause number 522216, pending in Probate Court No. 1 of Harris County, Texas, the Honorable Jerry W. Simoneaux presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.